UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 20-2833
_____

ESTATE OF JOSEPH MAGLIOLI; BERNARD
MAGLIOLI; DANTE MAGLIOLI; ESTATE OF DALE
PETRY; CHRISTOPHER PETRY

v.

ALLIANCE HC HOLDINGS LLC, d/b/a Andover Subacute
& Rehabilitation I; ALLIANCE HC II LLC, d/b/a Andover
Subacute & Rehabilitation II (Alliance Healthcare being
improperly pleaded by name and as a separate entity);
CHAIM SCHEINBAUM; LOUIS SCHWARTZ; JOHN AND
JANE DOES 1-10; ABC AND XYZ CORPORATIONS 1-10

        Alliance HC Holdings, LLC, d/b/a Andover
        Subacute & Rehabilitation I; Alliance HC II
        LLC, d/b/a Andover Subacute & Rehabilitation
        II (Alliance Healthcare being improperly
        pleaded by name and as a separate entity);
        Chaim "Mutty" Scheinbaum; Louis Schwartz,

                                Appellants

_____

No. 20-2834

ESTATE OF WANDA KAEGI; VICTOR KAEGI; ESTATE OF STEPHEN BLAINE; SHARON FARRELL

v.

ALLIANCE HC HOLDINGS LLC, d/b/a Andover Subacute & Rehabilitation I; ALLIANCE HC II LLC, d/b/a Andover Subacute & Rehabilitation II (Alliance Healthcare being improperly pleaded by name and as a separate entity); CHAIM "MUTTY" SCHEINBAUM; LOUIS SCHWARTZ; JOHN and JANE DOES 1-10; ABC and XYZ CORPS 1-10

> Alliance HC Holdings, LLC, d/b/a Andover Subacute & Rehabilitation I; Alliance HC II LLC, d/b/a Andover Subacute & Rehabilitation II (Alliance Healthcare being improperly pleaded by name and as a separate entity); Chaim "Mutty" Scheinbaum; Louis Schwartz,
>
>                     Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Nos. 2-20-cv-06605 and 2-20-cv-06985)
District Judge: Honorable Kevin McNulty

_____

Argued: June 23, 2021

2

Before: CHAGARES, PORTER, and ROTH,
*Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 23, 2021.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the District Court's order dated August 12, 2020, is hereby AFFIRMED. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 20, 2021

3